S & H PACKING & SALES CO., INC., dba Season Produce Co., a California corporation, Plaintiff,

and

G. W. Palmer & Co., Inc.; Andrew & Williamson Sales Co., Inc., dba Andrew & Williamson Fresh Produce; East Coast Brokers and Packers, Inc.; Gargiulo, Inc., Plaintiffs-Appellants,

v.

TANIMURA DISTRIBUTING, INC., a California corporation, Defendant,

and

Agricap Financial Corporation, a Delaware corporation, Defendant-Appellee.

S & H Packing & Sales Co., Inc., dba Season Produce Co., a California Corporation, Plaintiff,

and

Apache Produce Co., Inc., dba Plain Jane, an Arizona corporation; O.P. Murphy Produce Co., Inc., dba Murphy & Sons, a Texas corporation; Oceanside Produce, Inc., a California corporation; Wilson Produce, LLC, an Arizona Limited liability company; Frank Donio, Inc.; Abbate Family Farms Limited Partnership; J.P.M. Sales Co., Inc., an Arizona corporation, Plaintiffs-Appellants,

Thomson International, Inc., Assignee,
Tanimura Distributing, Inc.,
Creditor-Appellant,

v.

Tanimura Distributing, Inc., Defendant,

and

Agricap Financial Corporation,
a Delaware corporation,
Defendant-Appellee.

No. 14-56059, No. 14-56078

United States Court of Appeals,
Ninth Circuit.

Filed June 23, 2017

D.C. No. 2:08-cv-05250-GW-FFM, Central District of California, Los Angeles

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.